IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHISH VARMAN PRASAD,         ) | No. C 08-5620 MMC (PR) |
|                              ) | |
|     Petitioner,         ) | **ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME** |
|                              ) | |
| vs.                          ) | |
|                              ) | |
| D.K. SISTO, Warden,          ) | (Docket No. 14) |
|                              ) | |
|     Respondent.         ) | |
| _____ ) | |

    GOOD CAUSE APPEARING, respondent's motion for an extension of time to file a response to the petition is hereby GRANTED. Respondent shall file a response to the petition no later than March 21, 2011. Within **thirty** days of the date such response is filed, petitioner shall file with the Court and serve on respondent a responsive pleading thereto. If respondent files a motion to dismiss, respondent <u>shall</u> file a reply to petitioner's opposition within **fifteen** days of the date such opposition is filed.

    This order terminates Docket No. 14.

    IT IS SO ORDERED.

DATED: January 25, 2011

                                            _____
                                            MAXINE M. CHESNEY
                                            United States District Judge