IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHISH VARMAN PRASAD, ) | No. C 08-5620 MMC (PR) |
| Petitioner, ) | **ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE** |
| vs. ) | |
| D.K. SISTO, Warden, ) | (Docket No. 19) |
| Respondent. ) | |
| _____ ) | |

    Good cause appearing, petitioner's request for an extension of time to file a traverse is hereby GRANTED.  Petitioner shall file his traverse no later than **June 1, 2011**.

    This order terminates Docket No. 19.

    IT IS SO ORDERED.

DATED: April 29, 2011

_____
MAXINE M. CHESNEY
United States District Judge