IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASHISH VARMAN PRASAD,

               Petitioner,

  v.

RICK HILL, Warden,

               Respondent.

_____/

No. CV-08-5620  MMC (PR)

**JUDGMENT IN A CIVIL CASE**

     **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

     **IT IS SO ORDERED AND ADJUDGED**

     **T**he petition for a writ of habeas corpus is hereby DENIED.

     A certificate of appealability ("COA") is hereby DENIED.

Dated: June 1, 2012

                                    Richard W. Wieking, Clerk

                                    *Tracy Lucero*

                                    By: Tracy Lucero
                                    Deputy Clerk