IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASHISH VARMAN PRASAD,

Petitioner,

v.

RICK HILL, Warden,

Respondent.
_____/

No. CV-08-5620  MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

The petition for a writ of habeas corpus is hereby DENIED.

A certificate of appealability ("COA") is hereby DENIED.

Dated: June 1, 2012

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk