**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHISH VARMAN PRASAD, ) | No. C 08-5620 MMC (PR) |
| Petitioner, ) | **ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL; DIRECTIONS TO CLERK** |
| v. ) | |
| RICK HILL, Warden, ) | **(Docket No. 29)** |
| Respondent. ) | |
| _____ ) | |

On December 17, 2008, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the validity of a judgment obtained against him in state court. On June 1, 2012, the Court denied the petition on the merits and denied a certificate of appealability. On June 25, 2012, petitioner filed a notice of appeal. That same date, petitioner also filed a motion for appointment of counsel on appeal. In its order denying the petition, the Court declined to issue a certificate of appealability and determined there were no valid grounds for an appeal.

Accordingly, the motion for appointment of counsel on appeal is hereby DENIED.

//
//
//

1   The Clerk is hereby DIRECTED to send a copy of this order to petitioner and to the
2   Ninth Circuit Court of Appeals, wherein petitioner may renew his request. See Fed. R. App.
3   P. 24(a).
4   This order terminates Docket No. 29.
5   IT IS SO ORDERED.
6   DATED: June 27, 2012

_____
MAXINE M. CHESNEY
United States District Judge